THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Jack L. Northrop, Respondent,
 v.
 State of South Carolina,
 
 
 

Appeal from Charleston County
Kenneth G. Goode, Circuit Court Judge
ON WRIT OF CERTIORARI

Memorandum Opinion No. 2008-MO-018
Submitted February 21, 2008  Filed March 31, 2008

AFFIRMED

 
 
 
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia, for petitioner.
 Assistant Appellate
 Defender Wanda H. Carter, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed
 pursuant to Rule 220(b), SCACR, and the following authorities:  Smith v.
 State, 329 S.C. 280, 494 S.E.2d 626 (1997) (defendant is entitled to PCR if
 counsel actively misinforms the defendant about parole eligibility and the
 defendant can prove he relied on the misinformation in deciding to plead
 guilty); Cooper v. Moore, 351 S.C. 207, 569 S.E.2d 330 (2002) (in
 reviewing a grant of PCR, this Court is concerned only with whether there is
 any evidence of probative value to support the PCR courts decision).
TOAL, C.J., MOORE, WALLER,
 PLEICONES and BEATTY, JJ., concur.